NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Dale K. Galipo (SBN 144074)
Brendan A. Johnson (SBN 366552)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118
dalekgalipo@yahoo.com / bjohnson@galipolaw.com

ATTORNEY(S) FOR: Plaintiff Kezia Galloway

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEZIA GALLOWAY,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE; DREW FOSTER; and<br>DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:26-cv-02939<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| --- | --- |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Plaintiff, Kezia Galloway
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| 1. Kezia Galloway | 1. Plaintiff |
| 2. County of Riverside | 2. Defendant |
| 3. Drew Foster | 3. Defendant |
| 4. DOES 1 through 10 | 4. Defendants, identities currently unknown to Plaintiff |

May 29, 2026
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Kezia Galloway