NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Raymond W. Sakai (SBN 193507)
E-mail: rsakai@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEY(S) FOR:  County of Riverside and Drew Foster

**CLEAR FORM**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEZIA GALLOWAY,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE; DREW FOSTER; and DOES 1 THROUGH 10, inclusive ,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:26-cv-02939 SSS (DTBx)<br><br>**CERTIFICATION  AND  NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ County of Riverside and Drew Foster _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KEIZA GALLOWAY | PLAINTIFF |
| COUNTY OF RIVERSIDE | DEFENDANT |
| DREW FOSTER | DEFENDANT |

July 13, 2026
Date

/s/ Nathan A.  Oyster
Signature

Attorney of record for (or name of party appearing in pro per):

County of Riverside and Drew Foster

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**