**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**HARRIS GROMBCHEVSKY LLP**
Darren M. Harris (SBN 190399)
dharris@lawfirmHG.com
2070 Business Center Dr., Suite 285
Irvine, CA 92612
Tel: (949) 387-4444
Fax: (949) 387-4544

Attorneys for Plaintiff, KEZIA GALLOWAY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEZIA GALLOWAY<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; DREW FOSTER; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-02939-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**REQUEST FOR LEAVE OF PLAINTIFF'S COUNSEL BRENDAN A. JOHNSON TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFF'S LEAD TRIAL COUNSEL**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Scheduling Conference<br>Date: 9/25/2026<br>Time: 1:00 p.m.<br>Crtrm: 2, 2nd Floor |

**TO THE HONORABLE COURT, AND DEFENDANTS COUNTY OF RIVERSIDE AND DREW FOSTER THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Kezia Galloway hereby respectfully requests her counsel, Brendan A. Johnson, be permitted to appear at the Scheduling Conference in this matter on

September 25, 2026 at 1:00 p.m. via the Court's Zoom link, in lieu of Plaintiff's lead trial counsel, Dale K. Galipo, should Mr. Galipo be unable to appear at the Scheduling Conference.

Mr. Galipo will be engaged in a remote mediation conference on September 25, 2026, beginning at 10:00 a.m. in the matter of *Jennie Quan v. County of Los Angeles, et al*., Ninth Circuit Court of Appeals Case No. 26-4008. The *Quan* mediation conference is expected to run for approximately four to six hours, therefore there is a chance Mr. Galipo will be unable to appear at the Scheduling Conference in the instant matter.

Mr. Johnson is familiar with the facts and issues in this case, as well as the contents of the parties' Joint Rule 26(f) Report (Dkt. 15). Mr. Johnson participated in the Rule 26 conference of counsel and drafting of the Rule 26(f) Report, and is well prepared to represent Plaintiff at the Scheduling Conference. Further, Mr. Johnson will be handling the law and motion for Plaintiff in this case and will be second-chairing the trial in this matter with Mr. Galipo.

For these reasons, Plaintiff respectfully requests the Court permit Mr. Johnson to appear at the Scheduling Conference on September 25, 2026, in lieu of lead trial counsel Mr. Galipo, in the event Mr. Galipo is unable to appear.

DATED: September 18, 2026 LAW OFFICES OF DALE K. GALIPO

By: */s/ Brendan A. Johnson*
Dale K. Galipo
Brendan A. Johnson
Attorneys for Plaintiff, KEZIA GALLOWAY