**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEZIA GALLOWAY<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; DREW FOSTER; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-02939-SSS-DTB<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF'S COUNSEL BRENDAN A. JOHNSON TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFF'S LEAD TRIAL COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Request for Leave of Plaintiff's Counsel Brendan A. Johnson to Appear at the Scheduling Conference in Lieu of Plaintiff's Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Mr. Johnson may appear at the Scheduling Conference on September 25, 2026 in the event Mr. Galipo is unable to appear at the Scheduling Conference.

Dated: ______________________ ________________________________

Honorable Sunshine S. Sykes
United States District Court